UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PATRICIA O'BRIEN,

          Plaintiff,

v.

CHARLES I. TURNER and
ACCREDITED COLLECTION AGENCY, INC
a/k/a A.C.A. RECOVERY, INC.,

          Defendants.

MEDIATION CERTIFICATION

Civ. No. 1:14-cv-00758-JTC

## MEDIATION CERTIFICATION

I hereby certify that:

☐ Case has settled prior to scheduling first session.

☐ Case has settled prior to session scheduled for _____.

☑ Mediation session was held on November 16, 2015.

    ☑ **Case has settled.** The parties have agreed that the parties will prepare the settlement agreement and stipulation for dismissal and that the stipulation will be filed no later than 60 days from the date of settlement.

    ☐ **Case has not settled.** Mediation will continue on _____
                                                                            (specific date)

    ☐ **Case has not settled.** The parties may schedule another session at a later date

    ☐ **Case has not settled.** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Date: November 16, 2015        /s/ Douglas S. Coppola, Esq.
                                                       Mediator

Additional Comments:
_____
_____