UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
PATRICIA O'BRIEN,                                   :
:
        Plaintiff,            : 1: 14-cv-00758-JTC ECF Case
   v.                                               :
: **STIPULATION AND**
: **PROPOSED ORDER**
CHARLES I. TURNER and ACCREDITED    : **DISMISSING ACTION AND**
COLLECTION AGENCY, INC. a/k/a A.C.A.   : **RETAINING JURISDICTION**
RECOVERY, INC.,                                    : **TO ENFORCE SETTLEMENT**
:
        Defendants.          :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       WHEREAS, Defendant Charles I. Turner and Plaintiff Patricia O'Brien have reached a Settlement Agreement that requires Defendant to make payments to Plaintiff over a six-month period to begin on January 5, 2016, and provides for this Court to retain jurisdiction to enforce the Settlement Agreement in the event of a default in payment;

       THEREFORE, the parties hereby agree and request an order from the Court as follows:

    1.    This action is dismissed in its entirety without prejudice.

    2.    The Court retains jurisdiction solely to enforce the Settlement Agreement. Either party may file a motion to enforce the Settlement Agreement any time before August 1, 2016.

    3.    Unless enforcement proceedings are pending, this case will be treated for all purposes as dismissed with prejudice after August 1, 2016, without further order of Court.

4. This Stipulation may be executed in counterparts, each of which shall be deemed an original and all of which taken together shall be deemed one and the same instrument. Facsimile signatures shall operate as originals for purposes of this Stipulation.

WESTERN NEW YORK LAW CENTER    CHARLES I. TURNER

 s/ Matthew A. Parham                           s/ Charles I. Turner
Matthew A. Parham                              By:  Charles I. Turner, Esq.
*mparham@wnylc.com*                            *turner.charles53@yahoo.com*
237 Main Street, Suite 1130                    38 E. Ridgewood Ave. #395
Buffalo, NY  14203                             Ridgewood, NJ  07450
(716) 855-0203 x112                            (201) 670-8851
*Attorney for Plaintiff*                       *Defendant, pro se*


**SO ORDERED:**

_____
THE HONORABLE JOHN T. CURTIN
SENIOR UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF NEW YORK